1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

CHARLES BELL, JR.,

9                                    Petitioner,

10              v.

11   KENNETH QUINN,

12                                    Respondent.

13

Case No.  C07-5598FDB-KLS

ORDER FINDING REPORT AND
RECOMMENDATION TO BE
MOOT and REFERRING THIS
CASE TO MAGISTRATE JUDGE

14       The Magistrate Judge issued a Report and Recommendation that given the prisoner's average spendable

15   balance in his trust account, it is not unreasonable to require him to pay the $5.00 filing fee.  Petitioner paid the

16   filing fee on December 27, 2007 [Dkt. Entry # 5].

17       The Court, having reviewed the Report and Recommendation, petitioner's application to proceed

18   *in forma pauperis* and the remaining record, hereby finds and ORDERS:

19       (1)   The Magistrate Judge's report and recommendation is found to be MOOT, Petitioner

20             having paid the filing fee;

21       (2)   This matter is again referred to Magistrate Judge Strombom.

22       (3)   the Clerk is directed to send copies of this Order to petitioner and any other party that has

23             appeared in this action and to Magistrate Judge Strombom.

24       DATED this 7th day of January 2008.

25
26
27       FRANKLIN D. BURGESS
         UNITED STATES DISTRICT JUDGE
28

ORDER
Page - 1