UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES BELL, JR.,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No.  C07-5598FDB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION
AND DISMISSING PETITION

The Magistrate Judge recommends that this Court deny Bell's habeas petition as untimely. Bell filed objections in which he argues for the first time that he falls outside the one-year time bar of RCW 10.73.090 and that he falls within the "significant change in the law" exception in RCW 10.73.100(6). Bell, however, provides no information as to any significant change in the law that applies to his case. The Magistrate Judge gave Bell an opportunity to show why his petition was not time barred, but his argument failed.

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    the Court adopts the Report and Recommendation;

(2)    petitioner's federal *habeas corpus* petition is DISMISSED; and

(3)    the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 7th day of April 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28