# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES BELL, Jr.                         JUDGMENT IN A CIVIL CASE

v.

KENNETH QUINN                        CASE NUMBER: C07-5598FDB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Petitioner's federal *habeas corpus* petition is **DISMISSED**.

April 8, 2008                              BRUCE RIFKIN
                                                    Clerk

                                                    s/ D. Forbes
                                                 By, Deputy Clerk