UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES BELL, JR.,

Petitioner,

v.

KENNETH QUINN,

Respondent.

Case No. C07-5598FDB

ORDER DENYING EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALABILITY

On April 7, 2008, this Court adopted a Report and Recommendation dismissing this petition as untimely and rejected Petitioner's unsupported objections that he falls outside the time bar and is within the "significant change in the law" exception in RCW 10-73.100(6). More than five years passed between the time when the one-year statute of limitations of the Antiterrorism and Effective Death Penalty Act of 1966 (AEDPA) began to run and when Bell filed this Petition.

Petitioner seeks an extension of time to file a Certificate of Appealability, arguing as he has in the past that he "is not legally intelligent" and that there is always limited access to the law library at McNeil Island Corrections Center.

Upon the record in this case, the Court declines to extend time for Petitioner to file a Certificate of Appealability. ACCORDINGLY,

IT IS ORDERED: Petitioner's Motion for Extension of Time To File Certificate of Appealability [Dkt. # 20] is DENIED.

DATED this 22nd day of July, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1